Nicholas Lupo,
Pro Se Plaintiff
301 22nd Ave N Apt 227
Nashville, TN 37203
(732) 742-4512



IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| Nicholas Lupo, Matthew Stoneman, and David Price<br>Plaintiffs,<br><br>v.<br><br>TENNESSEE SECRETARY OF STATE, Tre Hargett, in his official capacity,<br><br>TENNESSEE ELECTION DIVISION, Coordinator of Elections, Mark Goins, in his official capacity,<br><br>Defendant(s). | **MOTION FOR EMERGENCY HEARING**<br><br>Case No.: **3:24-cv-01088**<br><br>Judge Waverly D.Crenshaw, Jr |

We, the Pro Se Plaintiffs respectfully request the Honorable Judge Waverly D.Crenshaw, Jr. to

schedule an Emergency Hearing to address the recent Order dated September 11, 2024.

Respectfully submitted,

Pro Se Plaintiff Nicholas Lupo

_Pro Se Plaintiff Matthew Stonemen_

_Pro Se Plaintiff David Price_

## CERTIFICATE OF SERVICE

We, the Plaintiffs Pro Se, certify that on September 23, 2024 we filed this document with the Clerk of the Court via in person, and have separately served a copy of this filing upon the Defendants shown below via email delivery to:

**Senior Assistant Attorney General** c/o: Zachary L. Barker
via Email: Zachary.Barker@ag.tn.gov

**Office of Secretary of State** c/o:  Tre Hargett
via Email:  Tre.Hargett@tn.gov

**Tennessee Coordinator of Elections Mark Goins** c/o:  Mark Goins
via Email:  Mark.Goins@tn.gov



_____

Pro Se Plaintiff  Nicholas Lupo


_____

Pro Se Plaintiff  Matthew Stoneman


_____

Pro Se Plaintiff  David Price