UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICHOLAS LUPO,<br>MATTHEW STONEMAN,<br>DAVID PRICE,<br><br>    Plaintiffs,<br><br>v.<br><br>TENNESSEE SECRETARY OF STATE<br>TRE HARGETT, in his official capacity,<br>TENNESSEE ELECTIONS DIVISION,<br>COORDINATOR OF ELECTIONS<br>MARK GOINS, in his official capacity,<br><br>    Defendants. | NO. 3:24-cv-01088 |

## ORDER

Before the Court is Plaintiffs' Motion for a Emergency Hearing. (Doc. No. 9.) This case is **REFERRED** to the Magistrate Judge for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A) and an Initial Case Management Conference shall be set.

At the Conference, the parties shall discuss with the Magistrate Judge the extent of the limited discovery necessary to prepare for a hearing on the motion for injunctive relief. With the Magistrate Judge's approval, the parties shall set an agreed-upon briefing schedule so that the motion is briefed after the limited discovery is completed, and give the Court a target preliminary injunction hearing date. The parties should also estimate the length of the hearing.

The parties are further advised that the Court requires the parties to depose any witness that will testify at the hearing at least seven (7) days prior to the hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE