IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **NICHOLAS LUPO** *et al.* ) | |
| ) | **Case No. 3:24-cv-01088** |
| v. ) | **Judge Crenshaw** |
| ) | **Magistrate Judge Holmes** |
| **TRE HARGETT in his official capacity as** ) | |
| **Tennessee Secretary of State** *et al.* ) | |

**O R D E R**

As directed by the District Judge's order of September 24, 2024 (Docket No. 11), the undersigned will hold a telephonic status/case management conference on **October 8, 2024, at 9:30 a.m. (CDT)** using the Court's conference line at 1-877-402-9753, access code 3808663#, to discuss: (i) whether any limited discovery is necessary to prepare for the preliminary injunction hearing before the District Judge; (ii) further briefing of Plaintiffs' motion for a preliminary injunction (Docket No. 2); and, (iii) a target preliminary injunction hearing date, with anticipated length of the hearing.

Because Plaintiffs are representing themselves and cannot represent each other,[1] **all three Plaintiffs must participate in the status/case management conference.** The parties are also reminded of Judge Crenshaw's requirement that any witness who will testify at the preliminary injunction hearing must be made available for deposition at least seven (7) days prior to the hearing. (Docket No. 11 at 1.)

Additionally, although this case was referred for customized case management under Local Rule 16.01, the provisions of that local rule exempt "[a]ll actions in which one of the parties appears *pro se*" from mandatory initial case management conferences. Local Rule 16.01(c)(1).

---

[1] There is no indication that any Plaintiff is a licensed attorney who could appear on behalf of the other Plaintiffs.

Subject to further consideration as the case progresses, the Court does not intend, therefore, to conduct an initial case management scheduling conference following the status/case management conference set above. Rather, the Court will more likely separately enter a scheduling/case management order at an appropriate juncture in this case.

The Clerk is **DIRECTED** to send a copy of this Order to each *pro se* Plaintiff at their address of record.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge