IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **NICHOLAS LUPO** *et al.* ) | |
| ) | **Case No. 3:24-cv-01088** |
| v. ) | **Judge Crenshaw** |
| ) | **Magistrate Judge Holmes** |
| **TRE HARGETT in his official capacity as** ) | |
| **Tennessee Secretary of State** *et al.* ) | |

**O R D E R**

On October 8, 2024, the Court entered an Order (the "October 8 Order") (Docket No. 16) resulting from a status/case management conference held on that date. This Order is entered to correct the scrivener's error in the October 8 Order, which inadvertently omitted the word "not" from numbered paragraph 8 (*id.* at 4) about the impermissibility of the Court giving legal advice or assistance to Plaintiffs. Because this prohibition was discussed at length during the October 8, 2024, status/case management conference, Plaintiffs should have realized this was simply a scrivener's error, when, instead, they attempted to obtain legal advice from Clerk's office staff. Accordingly, numbered paragraph 8 of the Court's Order of October 8, 2024 (Docket No. 16) is replaced with the following paragraph:

8. As further discussed, the Court – which extends to chambers staff and Court Clerk staff – may not give legal advice or assistance to Plaintiffs. The undersigned's courtroom deputy provided Plaintiffs with a copy of the Court's *Pro Se Handbook for Nonprisoner Federal Civil Actions* as a reference in this case. Plaintiffs are reminded that, although as *pro se* parties, they are entitled to some indulgences, *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972), "the lenient treatment generally accorded to *pro se* litigants has limits." *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996). *Pro* se parties must follow the same rules of procedure and court orders that govern other litigants, *Fields v. County of Lapeera*, 2000 WL 1720727 at *2 (6th Cir. Nov. 8, 2000);

*Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991); *Mayers v. Ellis*, 2016 WL 891181 at *5 (M.D. Tenn. Mar. 8, 2016) (Trauger, J.).

The Clerk is **DIRECTED** to replace the October 8 Order on the docket at Docket No. 16 with a corrected order.

The Clerk is further **DIRECTED** to send a copy of this Order and a copy of the corrected October 8 Order by email to Plaintiffs at the email addresses included in the Complaint. (Docket No. 1 at 36.)

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge